ABRAHAM M. WOLFMAN *vs.* WILLIAM H. COREY.

Middlesex.    March 9, 1927. — March 10, 1927.

Present: RUGG, C.J., BRALEY, PIERCE, CARROLL, & WAIT, JJ.

*Land Court,* Finding of fact by judge, Appeal.

An appeal by a tenant in a writ of entry in the Land Court from a judg-
ment, ordered for the demandant following a decision by the judge in
favor of the demandant without a report of evidence and after a recital
of facts supporting it, presents no question of law to this court.

An appeal from the allowance by a judge of the Land Court of a motion
filed on December 6 to dismiss an appeal filed on November 3 on the
ground that it had not been prosecuted and entered in this court as
required by statute, where there was no report of evidence, must be
dismissed.

WRIT OF ENTRY in the Land Court dated July 9, 1926, and
relating to land on Hudson Street in Somerville.

Proceedings in the Land Court are described in the opinion.

*W. H. Corey, pro se.*

The demandant was not called on.

BY THE COURT.    This is a writ of entry.    The Land Court
found that "the demandant is entitled to immediate posses-
sion of the demanded premises and that the tenant is un-
lawfully withholding possession from him."    Judgment was
ordered for the demandant.    The recital of facts in the
decision of the Land Court amply supports this finding.    No
evidence is reported.    This appeal of the tenant raises no
question of law, nor anything for the consideration of this
court.    *Trojanowski* v. *MacLachlan,* 240 Mass. 225, 227.

The tenant's appeal from that decision was filed on
November 3, 1926.    Motion to dismiss that appeal was
filed and allowed on December 6, 1926, on the ground that
the appeal by the tenant had not been prosecuted and
entered in this court as required by statute.    No evidence
is reported on this matter.    There was no error in the dis-
missal of the appeal under numerous decisions.    *Griffin* v.
*Griffin,* 222 Mass. 218.    *Crawford* v. *Roloson,* 254 Mass. 163,
167, and cases there collected.

*Appeal dismissed.*